**FILED**

1
UNITED STATES DISTRICT COURT

2
FOR THE EASTERN DISTRICT OF CALIFORNIA

MAY 1 7 2005

3
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

4

5   MICHAEL L. OWENS,                          Case No. CIV S 04-2415 WBS GGH P

6        Petitioner,                          ORDER GRANTING REQUEST FOR

7        vs.                                  EXTENSION OF TIME TO FILE AMENDED

8                                             PETITION

9   D.L. RUNNELS, WARDEN, et al               [LOCAL RULE 6-142, SUB.(C)]

10       Respondents

11

12
        Pursuant to this Ex Parte Motion for an Extension of Time to File an

13
Amended Petition by petitioner in the above named case, and for the good

14
cause shown herein, IT IS HEREBY ORDERED that petitioner's amended

15
petition will be due on June 13, 2005.

16

17   Dated: May 16, 2005

18                                        GREGORY G. HOLLOW

19                                        GREGORY G. HOLLOWS

20                                        United States Magistrate Judge

21

22

23

24

25

26

27

-5-