UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OWENS,<br><br>    Petitioner,<br><br>    vs.<br><br>D.L. RUNNELS, WARDEN, et al<br><br>    Respondents | Case No. CIV S 04-2415 WBS GGH P<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED PETITION AND APPROVING FUNDING REQUEST FOR EXPERT, UP TO $500<br><br>[LOCAL RULE 6-142, SUB.(C)] |

Pursuant to this Ex Parte Motion for an Extension of Time to File an Amended Petition by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's amended petition will be due on JULY 28, 2005 and that counsel for petitioner may expend up to $500 for the services of a medical expert, Dr. Felix Battistella.

Dated: 6/22/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

owen2415.ord06