IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MICHAEL L. OWENS,**

         Petitioner,

 v.

**D.L. RUNNELS, Warden, et al.,**

         Respondents.

CIV S-04-2415 GEB GGH P

**ORDER**

  Good cause appearing, Respondent's request for a thirty-day (30) enlargement of time is granted. Therefore, the response to Petitioner's first amended petition for writ of habeas corpus shall be filed no later than October 28, 2005.

**IT IS SO ORDERED.**

Dated: 10/4/05

        /s/ Gregory G. Hollows

        Magistrate Judge Gregory G. Hollows

ow2415.eot