**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
*(916) 498-5700 Fax: (916) 498-5710*

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

March 29, 2007

**FILED**
APR - 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Ms. Marylou Hillberg
Attorney at Law
P.O. Box 1879
Sebastopol, CA 95473

Re:   **Owens v. Runnels**
      Civ.S-04-2415-WBS/GGH

Dear Ms. Hillberg:

This will confirm your appointment as counsel by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, to represent the above-named appellant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:   Clerk's Office
      Ninth Circuit Court of Appeals

# CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 09C | Owens, Michael L. | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | Civ.S-04-2415-WBS/GGH | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| Owens v. Runnels | Appeal | Appellant | CA |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)
Appeal from the denial of a habeas corpus

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

Marylou Hillberg, Esq.
P.O. Box 1879
Sebastopol, CA 95473

Telephone Number: (707) 575-0393

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**13. COURT ORDER**
- [X] O Appointing Counsel
- [ ] C Co-Counsel
- [ ] F Subs For Federal Defender
- [ ] R Subs For Retained Attorney
- [ ] P Subs For Panel Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

[ ] Other (See Instructions)

Signature: GREGORY G. HOLLOWS
Date: 2/15/07

Repayment or partial repayment ordered from the person represented for this service at time of appointment.  [ ] YES  [ ] NO

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 92 ) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 92 ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM _____ TO _____

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**

**22. CLAIM STATUS**  [ ] Final Payment  [ ] Interim Payment Number _____  [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  [ ] YES  [ ] NO  If yes, were you paid?  [ ] YES  [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  [ ] YES  [ ] NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____ Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|

MARYLOU HILLBERG
State Bar No. 88645
P.O. Box 1879
Sebastopol, CA 95473
Telephone (707) 575-0393
Fax  (707) 829-1197
E-mail  hillberg@sonic.net

ATTORNEY FOR PETITIONER,
MICHAEL L. OWENS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OWENS,<br><br>Petitioner,<br><br>vs.<br><br>D.L. RUNNJELS, WARDEN, et al<br><br>Respondents | Case No. CIV S 04-2415 WBS GGH P<br><br>PETITIONER'S NOTICE OF APPEAL; PROOF OF SERVICE<br><br>U.S. District Court Judge<br>Garland E. Burrell, Jr. |

## NOTICE OF APPEAL

MICHAEL L. OWENS, by and through his attorney, MARYLOU HILLBERG, hereby appeals to the U.S. Court of Appeals for the Ninth Circuit from the judgment of the U.S. District Court for the Central District of California, by Hon. Garland E. Burrell, Jr., entered by this Court on January 16, 2007, denying the Petition for Writ of Habeas Corpus for a state prisoner under 28 U.S.C. 2254.

Dated: February 15, 2007   Respectfully submitted,
/s/  Marylou Hillberg
Marylou Hillberg,
Attorney for Petitioner
MICHAEL L. OWENS

-1-

MARYLOU HILLBERG
State Bar No. 88645
P.O. Box 1879
Sebastopol, CA 95473
Telephone (707) 575-0393
Fax (707) 829-1197
E-mail hillberg@sonic.net

ATTORNEY FOR PETITIONER,
MICHAEL L. OWENS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OWENS, | Case No. CIV S 04-2415 WBS GGH P |
| Petitioner, | CERTIFICATE OF SERVICE |
| vs. | |
| D.L. RUNNELS, WARDEN, et al | |
| Respondents | |

I, the undersigned, hereby certify that I am over 18 years of age and that on February 15, 2007, I served a true and correct copy of the attached, Notice of Appeal by placing said copies in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelopes in the U.S. Mail.

Michael L. Owens, J-25599
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127-3030

I certify under penalty of perjury that the foregoing is true and correct.
Ss/Marylou Hillberg

-2-

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. OWENS,

    Petitioner,                  2:04-cv-2415-GEB-GGH-P

    vs.

D.L. RUNNELS, et al.,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's January 15, 2007, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

1

1 | 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: ineffective assistance of counsel.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

Dated: March 7, 2007

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.